IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CR-21-WKW |
| | ) | |
| MARK L. HILL | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 65) regarding Defendant Mark L. Hill's motion to suppress (Doc. # 32), to which Mr. Hill timely objected (Doc. # 69). After an independent and de novo review of the record, it is ORDERED as follows:

1. Mr. Hill's Objection (Doc. # 69) is OVERRULED;

2. The Recommendation (Doc. # 65) of the Magistrate Judge is ADOPTED;

3. Mr. Hill's Motion to Suppress (Doc. # 32) is DENIED.

DONE this 11th day of June, 2013.

                                                        /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE