IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CR-21-WKW |
| | ) | |
| MARK L. HILL | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 61) regarding two motions to dismiss (Docs. # 29, 30), to which Defendant Mark L. Hill timely objected (Docs. # 63, 64). After an independent and de novo review of the record, it is ORDERED as follows:

1. Mr. Hill's objections (Docs. # 63, 65) are OVERRULED;

2. The Recommendation (Doc. # 61) of the Magistrate Judge is ADOPTED;

3. Mr. Hill's Motion to Dismiss as Time Barred, or, in the Alternative, to Consolidate Counts One, Two and Three (Doc. # 29) is DENIED;

4. Mr. Hill's Motion to Dismiss Indictment for Failure to Charge a Prosecutable Offense (Doc. # 30) is DENIED.

DONE this 12th day of June, 2013.

                                            /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE